CHICAGO, R. I. & P. RY. CO. *et al.* v. STATE.

No. 769.   Opinion Filed October 20, 1909.

(104 Pac. 1092.)

**RAILROAD RATES**—Regulation by Corporation Commission. Syllabus same as in Midland Valley Railroad Co. et al. v. State, No. 736, decided at this term, ante, p. 817, 104 Pac. 1086.

(Syllabus by the Court.)

*Appeal from Corporation Commission.*

Action by the State against the Chicago, Rock Island & Pacific Railway Company and others. From an order fixing the freight rates, the defendants appeal. Remanded, with directions.

On the 20th day of July, A. D. 1908, this proceeding was com-
menced by the Corporation Commission against the Chicago, Rock
Island & Pacific Railway Company, the St. Louis & San Francisco
Railway Company, the St. Louis, Iron Mountain & Southern Rail-
way Company, the Midland Valley Railroad Company, the Mis-
souri, Kansas & Texas Railway Company, the Atchison, Topeka
& Santa Fe Railway Company, the Gulf, Colorado & Santa Fe Rail-
way Company, the Kansas City Southern Railway Company, the
Ft. Smith & Western Railway Company, the Kansas City, Mexico
& Orient Railway Company, the Oklahoma Central Railroad Com-
pany, and Asa E. Ramsey as receiver thereof, and the Missouri
Oklahoma & Gulf Railway Company, the herein appellants, by caus-
ing to be published in the Guthrie Leader, a daily paper published
in Guthrie, Logan county, Okla., a certain order, referred to as pro-
posed order No. 30, and thereafter, on, to wit the 21st day of
August, A. D. 1908, pursuant to such notice, which was in due
form, a hearing was had thereupon, and the consideration of said
case was continued, and thereafter, on the 1st day of October, A.
D. 1908, final order No. 99, fixing intrastate rates on cotton, cot-
ton seed, cotton seed meal, cotton seed hulls, and cotton seed ashes,
and such products, was made and entered. Thereafter, on the 15th
day of March, A. D. 1909, the appellants presented their written
request in due form to the chairman of said commission for the
certification to this court of all the evidence heard by said commis-
sion, with a written statement of the reasons, together with the facts
found, and the written statement of the reasons upon which said
order was based, which was denied. And thereafter, on the 16th
day of March, A. D. 1909, application was made to this court for
writ of mandamus requiring such certification, which was granted
and complied with on the 7th day of April, A. D. 1909. Thereafter,
on the 11th day of September, 1909, counsel for appellee moved
this court to dismiss this appeal on the grounds: (1) That
neither the appeal nor application for such certification was made
in due time. (2) That the record does not contain a statement
of the facts found, although the certificate recites that such state-
ment of facts were not made of record by the commission, and for

that reason cannot be transmitted.   (3)   That it was the duty of the appellants to preserve such record, if they desired to prosecute such appeal.

*S. T. Bledsoe, C. O. Blake, Clifford L. Jackson,* and *Edgar A. De Meules,* for appellants..

*Geo. A. Henshaw,* Asst. Atty. Gen., for the State.

WILLIAMS, J. (after stating the facts as above).   The case of *Midland Valley Railroad Co. et al., Appellants, v. State, Appellee,* No. 736, decided at this term, *ante,* p. 817, 104 Pac. 1086, concludes this case, both as to law and fact.

The motion to dismiss appeal is accordingly overruled, and the case remanded to the commission, with like instructions.

All the Justices concur.